IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-147-RLV-DCK

| | |
|---|---|
| PIEDMONT PATHOLOGY ASSOCIATES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| NATIONAL MEDICAL MARKETING, LLC, et al., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Charles William Hinnant, III, concerning Charles William Hinnant, Jr. on October 25, 2013. Mr. Charles Hinnant, Jr. seeks to appear as counsel *pro hac vice* for Defendants National Medical Marketing, LLC and Mary Vaughn Alsbrook. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Charles Hinnant, Jr. is hereby admitted *pro hac vice* to represent Defendants National Medical Marketing, LLC, and Mary Vaughn Alsbrook.

**SO ORDERED**.

Signed: October 25, 2013

David C. Keesler
United States Magistrate Judge